**IN THE UNITED STATE DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Geminatio, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Philip Hustad and VioNano Innovations, Inc. <br><br> Defendants. | Case No.: 1:25-cv-00361-AMN-TWD |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT BY**
**PLAINTIFF GEMINATIO, INC.**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Geminatio, Inc. states as follows:

1. Geminatio, Inc. ("Geminatio") has no parent corporation. No publicly held corporation owns 10% or more of Geminatio's stock.

Dated: March 21, 2025

                                              HARRIS ST. LAURENT & WECHSLER LLP

                                              By: _____s/ *David B. Wechsler*_____
                                                   David Wechsler, Esq.*
                                                   Juannell Riley, Esq.*
                                                   40 Wall Street, 53rd Floor
                                                   New York, New York 10005
                                                   (212) 847-7905
                                                   dwechsler@hs-law.com
                                                   jriley@hs-law.com

                                                 _____*/s/ Daniel R. LeCours*_____
                                                   Daniel LeCours, Esq.
                                                   Harris Beach Murtha Cullina PLLC
                                                   677 Broadway, Suite 1101
                                                   Albany, New York 12207
                                                   (518) 427-9700
                                                   dlecours@harrisbeachmurtha.com

                                                *Attorneys for Plaintiff Geminatio, Inc.*

                                               *Pro hac vice applications to be submitted